TO WHOM IT MAY CONCERN,

My name is Robert Mizell. I am an inmate at Elmira Correctional Facility serving 18 years for kidnapping and other lesser charges. Before I was arrested for this crime I was on federal probation. I have a federal detainer hanging over my head for a probation violation. I am interested in dealing with this warrant before my release date comes up. I was told that I need to file an order to produce. I'm not sure what that is or who if I did file one would I send it to. Can you help me deal with this detainer as soon as possible. Thank you.

Respectfully,

Robert Mizell

The case # on the warrant is (11CR174)